IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY W. BAKER,

    Plaintiff,                          No. CIV S-08-0702 LKK DAD P

    vs.

SOLANO COUNTY JAIL, et al.,

    Defendants.              FINDINGS & RECOMMENDATIONS

        Plaintiff is an inmate at Solano County Jail and is proceeding pro se. Plaintiff's complaint was filed with the court on April 3, 2008. The court's records reveal that on February 28, 2008, plaintiff filed the same complaint in Baker v. Solano County Sheriff, et al., No. Civ. S-08-0111 GEB KJM P).[1] Due to the duplicative nature of the present action, the court will recommend that the complaint be dismissed.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1  days after being served with these findings and recommendations, plaintiff may file written
2  objections with the court. The document should be captioned "Objections to Magistrate Judge's
3  Findings and Recommendations." Plaintiff is advised that failure to file objections within the
4  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
5  F.2d 1153 (9th Cir. 1991).
6  DATED: April 22, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
bak0702.23