IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY W. BAKER,

    Plaintiff,                      No. CIV S-08-0702 LKK DAD P

    vs.

SOLANO COUNTY JAIL, et al.,

    Defendants.              ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has filed an application to proceed in forma pauperis under 28 U.S.C. § 1915. This proceeding was referred to the undersigned magistrate judge in accordance with Local Rule 72-302 and 28 U.S.C. § 636(b)(1). On April 22, 2008, the court filed findings and recommendations recommending that this action be dismissed as duplicative of another action filed by plaintiff with this court. Plaintiff filed objections to the findings and recommendations explaining that in this action he complains about jail officials interfering with his right to confidential communication with his attorney, while the other action he has filed complains of a separate violation of his Eighth Amendment rights by the defendants named therein. In light of plaintiff's explanation set forth un his objections, the findings and recommendations will be vacated.

1

1    Plaintiff has submitted an in forma pauperis application; however, he did not sign the form.  The court will provide plaintiff with another in forma pauperis application and plaintiff must complete the form, and sign and return it to the court.  Plaintiff need not obtain the trust account information and signature for the certificate portion of the form, or submit another certified copy of his inmate trust account statement.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on April 22, 2008, are vacated;

2. Within fifteen days from the service of this order, plaintiff shall complete and sign a new application for requesting leave to proceed in forma pauperis; and

3. The Clerk of the Court is directed to provide plaintiff with the form application for requesting leave to proceed in forma pauperis by a prisoner.

DATED: June 18, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
bak0702.ifp

2